No. 419. SHEVLIN LAND CO. ET AL. *v.* COUNTY OF BECKER, MINNESOTA. November 7, 1932. Petition for

656

writ of certiorari to the Supreme Court of Minnesota denied. *Mr. Mortimer H. Boutelle* for petitioners. No appearance for respondent.